RECEIVED
SEP 11 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
SEP 11 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\# 2014-00001802

__Rickey Trent Smith__   __1:14-CV-01419 DLB__
(Name of Plaintiff)          (Case Number)          PC

(John Latorraca Correctional Facility) __2584 West Sandymush Rd,__
(Address of Plaintiff)
__Merced, Calif. 95340__

vs.                                    COMPLAINT

__Calif. Forensic Medical Group__
__Merced County Sherriffs Dept.__

(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☑ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983       Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?  ☑ Yes    ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ☑ Yes    ☐ No
   If your answer is no, explain why not _____

C. Is the grievance process completed?    ☑ Yes    ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant MEDICAL PROVIDER is employed as DEPT OF ADULT CORRECTION at MERCED COUNTY CALIF.

B. Additional defendants CALIFORNIA FORENSIC MEDICAL GROUP MERCED COUNTY SHERIFFS DEPARTMENT

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Injured shoulder while in custody, medical provider of this facility refuses treatment. I went to medical a number of times on this matter. They went as far as to fake x-rays and claim my injury is due to arthritis. I know when the injury occured and its definately not arthitis. I have documents proving that I filed several grievances for treatment of my injury along with a dozen requests, yet ignored.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

To start I hope to receive medical treatment for my injury. I've been in severe pain for over 3 months. True x-rays will prove that I do in deed have a shoulder injury.

Signed this 7 day of Sept, 2014.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

9-7-14
(Date)

_____
(Signature of Plaintiff)