1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT
9                                    EASTERN DISTRICT OF CALIFORNIA
10
11  RICKEY TRENT SMITH,                              1:14-cv-01419-DLB (PC)
12              Plaintiff,
13       v.                                          ORDER GRANTING APPLICATION TO
                                                     PROCEED IN FORMA PAUPERIS
14  CALIFORNIA FORENSIC MEDICAL                     (Document# 2)
    GROUP, et al.,
15                                                   and
            Defendants.
16
                                                     ORDER DIRECTING PAYMENT
17                                                   OF INMATE FILING FEE BY MERCED
                                                     COUNTY SHERIFF
18
19
       Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested
20
leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing
21
required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.
22
Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.
23
§ 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of
24
the preceding month's income credited to plaintiff's trust account.  The Merced County Sheriff is
25
required to send to the Clerk of the Court payments from plaintiff's account each time the amount
26
in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
27
       In accordance with the above and good cause appearing therefore, IT IS HEREBY
28
                                                    1

ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

**2. The Sheriff of Merced County or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Sheriff of Merced County, via the United States Postal Service.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **September 11, 2014**          /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

2