# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY TRENT SMITH,<br><br>            Plaintiff,<br><br>       v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, et al.,<br><br>            Defendants. | Case No. 1:14-cv-01419 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER<br><br>THIRTY-DAY RESPONSE DEADLINE |

Plaintiff Rickey Trent Smith ("Plaintiff") is a former prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1]  He filed this action on September 11, 2014.

On September 22, 2015, the Court dismissed Plaintiff's First Amended Complaint with leave to amend.  Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and Plaintiff has failed to comply with the order.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why he failed to comply with the Court's September 22, 2015, order.  Plaintiff must file a response to this order

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on October 31, 2014, and November 3, 2014.

1

within thirty (30) days of the date of service.  Plaintiff may also comply with this order by filing an amended complaint.

<u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **November 4, 2015**                    /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE